# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leroy Lindsey,

       Plaintiff(s),

vs.

United States of America,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-CV-455

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2007 Order.

Signed: November 27, 2007

Frank G. Johns, Clerk
United States District Court